# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
### SOUTHERN DIVISION
**6411 IVY LANE, SUITE 710**
**GREENBELT, MARYLAND 20770**
**TEL: (301) 344-0600**
**FAX: (301) 344-0019**

**JAMES WYDA**  
FEDERAL PUBLIC DEFENDER

**PAULA XINIS**  
ASSISTANT FEDERAL PUBLIC DEFENDER

January 24, 2011

The Honorable Peter J. Messitte  
United States District Judge  
United States District Court for the District of Maryland  
6500 Cherrywood Lane  
Greenbelt, Maryland 20770

      Re:    *United States v. Michael Eugene Jones*  
              Crim. No. PJM-10-0027

Your Honor;

      This letter is to request that sentencing currently scheduled for February 1, 2011, in the above-captioned case be continued until some time in early May. The reason for the request is Mr. Jones intends to file a substantive *coram nobis* petition in Maryland Circuit Court based on credible, substantial evidence that one of his prior convictions may have been unconstitutionally obtained. Continuing Mr. Jones' federal sentencing, therefore, would allow for the resolution of the *coram nobis* matter prior to sentencing before this Court. This would avoid the possibility of a re-sentencing in his federal case in the event Mr. Jones is successful in his *coram nobis* petition.

      Mr. Jones is currently detained federally, earning credit toward his federal sentence, and thus fully supports this request. Undersigned counsel also has conferred with Assistant United States Attorney, Adam Ake, who does not oppose this request.

      Thank you for your attention to these matters. Should you have any questions, please do not hesitate to contact me.

      Sincerely,

      /s/

      PAULA XINIS  
      Assistant Federal Public Defender

cc: AUSA Adam Ake  
px/lah